**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 97-31117**
**Summary Calendar**
_____


**DANIEL H. JACKSON,**

**Plaintiff-Appellant,**


**VERSUS**


**SHIELD COAT, INC.,**

**Defendant-Appellee.**


_____

Appeal from the United States District Court
For the Eastern District of Louisiana

(96-CV-1949-T)
_____
May 18, 1998


Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Daniel H. Jackson ("Jackson") sued his former employer, Shield Coat, Inc., alleging age and disability discrimination in the work place in violation of the Age Discrimination and Employment Act of 1967 as amended, 29 U.S.C. § 621, et seq. ("ADEA"), and the

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, et seq. ("ADA"). Jackson also claimed intentional infliction of emotional distress. After comprehensive discovery, Shield Coat moved for summary judgment and the district court granted that motion.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the summary judgment record itself. For the reasons stated by the district court in its Order and Reasons filed under date of September 17, 1997, we are persuaded that the Final Judgment against Jackson entered under date of September 17, 1997, should be, and the same is hereby, AFFIRMED.